United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re Request for Judicial Assistance from
Boryspil Town and District Court of Kyiv
Region, Ukraine in the Matter of Borysenko
Stanislava Yaroslavivna

Case No.  25-mc-80149-HSG

**ORDER OF RECUSAL**

Re: Dkt. No. 1

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled

action, hereby recuse myself from this case and request that the case be reassigned pursuant to the

Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be

reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated:   6/24/205

HAYWOOD S. GILLIAM, JR.
United States District Judge