UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE REQUEST FOR JUDICIAL ASSISTANCE FROM BORYSPIL TOWN AND DISTRICT COURT OF KYIV REGION, UKRAINE IN THE MATTER OF BORYSENKO STANISLAVA YAROSLAVIVNA | Case No. 25-mc-80149-RS<br><br>**EX PARTE ORDER GRANTING UNITED STATES' APPLICATION PURSUANT TO 28 U.S.C. § 1782** |

Pending before the Court is an application submitted by the United States pursuant to 28 U.S.C. Section 1782 (the "Application") concerning a request by the Boryspil town and district court of Kyiv region, Ukraine ("Ukrainian Court") for information from Google LLC ("Google"), a company located within the jurisdiction of this Court, issued in connection with a pending judicial proceeding captioned *Matter of Borysenko Stanislava Yaroslavivna v. Altis Development LLC, et al.*, Foreign Reference No. 12-2518-24. The United States requests that the Court appoint Andrew S. Mainardi, Assistant United States Attorney ("AUSA"), as Commissioner, and authorize AUSA Mainardi to serve Google with a subpoena in accordance with the terms and conditions set forth below.

Having reviewed and considered the Application and supporting documents submitted in this case, and pursuant to the power conferred on it under 28 U.S.C. § 1782 and its inherent authority, the Court hereby ORDERS that AUSA Mainardi is appointed as Commissioner and is authorized to serve Google with a subpoena in accordance with the terms and conditions contained

in this Order, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

1.     The Commissioner shall provide Google with a copy of this Order and the accompanying Application documents.

2.     The Commissioner shall serve a subpoena upon Google in substantially similar format to the proposed subpoena attached as Exhibit B to the Declaration of Andrew S. Mainardi, filed concurrently with the Application.  The subpoena shall be served by mail on Google's registered service agent, with a courtesy copy via email at google-legal-support@google.com.

3.     Google may provide a copy of the subpoena to the relevant account owner(s) and advise them that Google will provide the information responsive to the subpoena, to the extent any such information exists, unless they file with this Court, within 21 calendar days from the date they receive the subpoena, a motion to quash.

4.     Within 30 calendar days from receipt of the subpoena, provided that no motion to quash is filed in response to the notice provided as set forth in paragraph 3 of this Order, Google shall provide the requested information, along with a notarized verification signed under penalty of perjury, to the Commissioner by email to andrew.mainardi@usdoj.gov and tina.louie@usdoj.gov and to the following physical address:

> Andrew Mainardi
> c/o Tina Louie
> U.S. Attorney's Office for the Northern District of California
> 450 Golden Gate Ave., Box 36055
> San Francisco, CA 94102

5.     Nothing in Paragraph 3 or 4 above shall require Google to disclose information that is inconsistent with its obligations under the federal Stored Communications Act, 18 U.S.C. §§ 2701-2711.

6.     This Order does not preclude the United States from filing an amended petition for a further order authorizing an amended subpoena requesting additional information from Google in the event the Ukrainian Court requests additional information from Google after reviewing

Google's response to the subpoena authorized by this Order.

7. This Order does not preclude Google from filing a motion to quash or modify the subpoena. Any such motion shall be governed by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated: June 30, 2025

_____
RICHARD SEEBORG
Chief United States District Judge